1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBREN A. PIERCE and LEONARD L. HADLEY,<br><br>       Plaintiffs,<br><br>   vs.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>       Defendants. | Case No. EDCV 05-866-AHM (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant action without prejudice pursuant to Federal Rules of Civil Procedure 4(m) and 41(b).

DATED:   10/8/08

_____
A. HOWARD MATZ
United States District Judge