# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBREN A. PIERCE,<br><br>        Plaintiff,<br><br>  vs.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>        Defendants. | Case No. EDCV 05-866-AHM (JWJ)<br><br>JUDGMENT |

    Pursuant to the Memorandum and Order Granting Defendants' Motion For Summary Judgment and ordering that the Third Amended Complaint be dismissed with prejudice as to defendants San Bernardino County and Sheriff Gary Penrod,

    IT IS ADJUDGED that Judgment be entered dismissing the entire action with prejudice.

DATED: 10/8/08

A. HOWARD MATZ
United States District Judge